UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KION STOKES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHILDREN'S HOSPITAL OF PHILADELPHIA (C.H.O.P.),<br><br>　　　　Defendant. | Case No. 2:21-cv-00134-CMR |

## STIPULATION OF DIMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kion Stokes ("Plaintiff") and Defendant The Children's Hospital of Philadelphia ("CHOP") hereby stipulate to Plaintiff's voluntary dismissal of his claims against CHOP and request that this action be dismissed with prejudice, with each party to bear its own fees and costs. The parties consent to use of electronic signatures on this document.

| | |
|---|---|
| *s/ Christopher J. DelGaizo* | *s/ Paul J. Sopher* |
| Christopher J. DelGaizo (PA 200594) | Kristine Grady Derewicz (PA 60548) |
| **DEEREK SMITH LAW GROUP, PLLC** | Paul J. Sopher (PA 313543) |
| 1835 Market Street, Suite 2950 | **LITTLER MENDELSON, P.C.** |
| Philadelphia, PA 19103 | Three Parkway |
| 215.391.4790 (t) | 1601 Cherry Street, Suite 1400 |
| chris@dereksmithlaw.com | Philadelphia, PA 19102.1321 |
| *Attorney for Plaintiff* | 267.402.3000 (t) |
| | kdeewicz@littler.com |
| Dated: September 8, 2021 | psopher@littler.com |
| | *Attorneys for Defendant* |
| | |
| | Dated: September 8, 2021 |

SO ORDERED on  September 8, , 2021:

　　**/s/ Cynthia M. Rufe**

Cynthia M. Rufe, J.